**908**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Joseph Kenneth COLONE, Jr.,
Defendant–Appellant.

No. 03–40632.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

John B. Stevens, Jr., Assistant US Attorney, US Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Joseph Kenneth Colone, Jr., pro se, Beaumont, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender appointed to represent Joseph Kenneth Colone, Jr., has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Colone has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

